# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| HARRY A. GOODWIN, ) ) Petitioner, ) ) vs. ) ) WACHOVIA SECURITIES, LLC, ) ) Respondent. ) ) | Case No. 3:05-cv-371-C |

## ORDER STAYING CASE

This matter is before the Court *sua sponte*. The Court been informed that Darryll Bolduc, the attorney for Petitioner Harry Goodwin, has died. This matter therefore is STAYED until further notice to allow the petitioner time to seek new counsel.

**IT IS SO ORDERED**

Signed: September 28, 2007

Robert J. Conrad, Jr.
Chief United States District Judge