IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:05cv371

| | |
|---|---|
| HARRY A. GOODWIN, ) ) Petitioner, ) ) vs. ) ) WACHOVIA SECURITIES, LLC, ) ) Respondent. ) | ORDER |

THIS MATTER is before the Court *sua sponte*. On September 28, 2007, this Court issued an order staying the instant case upon learning of the Petitioner-Attorney's death, "to allow the petitioner time to seek new counsel." (Doc. No. 15). The petitioner has not made it known to the Court whether or not he has sought new counsel, or whether he intends to do so.

THEREFORE, the Court gives the petitioner 30 days to have new counsel file an appearance with this Court, or inform the Court of his intention to proceed *pro se*. Otherwise, the Court will dismiss the instant action for failure to prosecute.

Signed: March 19, 2008

Robert J. Conrad, Jr.
Chief United States District Judge