# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:05-cv-371-W

| | |
|---|---|
| HARRY A. GOODWIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WACHOVIA SECURITIES, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

THIS MATTER comes now before the Court *sua sponte*. On March 19, 2008, this Court issued an order staying the instant case to allow the petitioner to seek new counsel or to notify the Court of his intention to proceed *pro se*. (Doc. No. 16). The petitioner has not responded to the Court's order. This action, therefore, is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Signed: April 21, 2008

Robert J. Conrad, Jr.
Chief United States District Judge