# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Harry A. Goodwin,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                        3:05-CV-371

Wachovia Securities, Inc.,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/21/2008 Order.

                                        Signed: April 21, 2008

                                        Frank G. Johns, Clerk
                                        United States District Court